# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| CRYSTAL VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO: 4:14-cv-310-HLM |
| CLARENCE R. MCKEMIE, III, M.D. ) | |
| and THE HARBIN CLINIC, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

NOW COME the parties to this action, Plaintiff Crystal Vaughn and Defendants Clarence R. McKemie, III, M.D. and The Harbin Clinic, L.L.C., by and through their counsel of record, and hereby notify the Court that an agreement to settle the case has been reached by the parties, and the trial scheduled for August 15, 2016 is no longer necessary. The parties will file an appropriate dismissal once the settlement transaction has been completed.

Submitted this the 11th day of August, 2016.

|   |   |
|---|---|
| | /s/ Richard C. Mitchell |
| Mitchell & Shapiro LLP | Richard C. Mitchell |
| 3490 Piedmont Road, Suite 650 | Georgia Bar No: 513425 |
| Atlanta, GA 30305 | |
| (404) 812-4747 | |
| (404) 812-4740-Facsimile | |
| richard@mitchellshapiro.com | |
| Counsel for Plaintiff | |

|  |  |
|---|---|
|  | /s/ Thomas S. Carlock |
| Carlock, Copeland & Stair, LLP | Thomas S. Carlock |
| 191 Peachtree Street, NE | Georgia Bar No: 110200 |
| Suite 3600 |  |
| Atlanta, GA 30303 |  |
| (404) 522-8220 |  |
| (404) 523-2345-Facsimile |  |
| tcarlock@carlockcopeland.com |  |
| Counsel for Defendants |  |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

>Thomas S. Carlock, Esq.
>Carlock, Copeland & Stair, LLP
>191 Peachtree Street, NE
>Suite 3600
>Atlanta, GA 30303

This the 11th day of August, 2016.

|  |  |
|---|---|
|  | /s/ Richard C. Mitchell |
| Mitchell & Shapiro LLP | Richard C. Mitchell |
| 3490 Piedmont Road | Georgia Bar No: 513425 |
| Suite 650 |  |
| Atlanta, GA 30305 |  |
| (404) 812-4747 |  |
| (404) 812-4740-Facsimile |  |
| richard@mitchellshapiro.com |  |
| Counsel for Plaintiff |  |