UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CRYSTAL VAUGHN, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION |
| v. | ) ) |
| | ) FILE NO: 4:14-cv-00310-HLM |
| CLARENCE R. MCKEMIE, III, M.D. and THE HARBIN CLINIC LLC, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, Crystal Vaughn, and, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) hereby voluntarily dismisses the above-styled action WITH PREJUDICE by stipulation of all parties who have appeared.

SO STIPULATED this 23rd day of August, 2016.

Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
(404) 812-4747
(404) 812-4740-Facsimile
richard@mitchellshapiro.com

/s/ Richard C. Mitchell
Richard C. Mitchell
Georgia Bar No: 513425
Counsel for Plaintiff

Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE, Suite 3600
Atlanta, GA 30303
(404) 522-8220
(404) 523-2345-Facsimile
tcarlock@carlockcopeland.com

/s/ Thomas S. Carlock
Thomas S. Carlock
Georgia Bar No: 110200
Counsel for Defendants